UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| SOFIA ZELDIN & BORIS ZELDIN, | **Index No.: 07 CV 9608** |
| Plaintiffs, | **CERTIFICATE PURSUANT TO RULE 7.1** |
| -against- | |
| DAISUKE NONAKA, M.D., DAVID ROTH, M.D., Ph.D, MAX M. COHEN, M.D., ZINMIN ZHANG, M.D., and NYU MEDICAL CENTER, | **Judge Baer** |
| Defendants. | |

------------------------------------------------------------------X

Defendant, NYU HOSPITALS CENTER by its attorneys, BARTLETT, McDONOUGH, BASTONE & MONAGHAN, LLP, certifies that it has no parent corporation and is a not-for-profit corporation, existing pursuant to the laws of New York and has no public traded stock. Further, no publicly held corporation owns 10 percent or more of its stock.

Dated: Mineola, New York
       November 5, 2007

Yours, etc.,
BARTLETT, MCDONOUGH, BASTONE
& MONAGHAN, LLP

By: _Kenneth R. Reiser_
   KENNETH R. REISER (KRR 8153)
Attorneys for Respondents
NYU HOSPITALS CENTER
300 Old Country Road
Mineola, New York  11501
Tel.: (516) 877-2900
**BMB&M File No.: 130-0257**

TO:  KREINDLER & KREINDLER, LLP
     Attorneys for Plaintiffs
     100 Park Avenue
     New York, New York 10017
     Tel.: (212) 687-8181

CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2007 the foregoing CERTIFICATE PURSUANT TO RULE 7.1 was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

> NOAH KUSHLEFSKY, ESQ.
> KREINDLER & KRENDLER, LLP
> 100 Park Avenue
> New York, New York 10017

Defendant is unaware if any other defendants served to date.

KENNETH R. REISER (KRR8153)