B 151 — Affidavit of Service of Summons or Subpoena: Personal or Alternative
Methods: Corp. or Ind. Military Service 10 pt. type. 1-95

| | |
|---|---|
| COURT | UNITED STATES DISTRICT COURT |
| COUNTY OF | SOUTHERN DISTRICT OF NEW YORK |

SOFIA ZELDIN & BORIS ZELDIN

Plaintiff(s)

against

DAISUKE NONAKA, M.D., ET AL.,

Defendant(s)

Index No. 07 CIV 9608

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

SEE ATTACHED RIDER

STATE OF ~~NEW YORK~~ FLORIDA, COUNTY OF PALM BEACH SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides ~~in~~ IN THE STATE OF FLORIDA
That on 11/8/07 at 11:15AM., at 801 S OLIVE AVENUE, WEST PALM BEACH, FLORIDA
deponent served the within summons, and complaint on MAX M. COHEN, M.D. defendant therein named,
SEE ATTACHED RIDER

**INDIVIDUAL 1.** [X] by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** [ ] a                         corporation, by delivering thereat a true copy of each to
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be                                             thereof.

**SUITABLE AGE PERSON 3.** [ ] by delivering thereat a true copy of each to                       a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** [ ] by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4   5A.** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                                                         and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 2 OR 4   5B.** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** [X]

| | | | | | |
|---|---|---|---|---|---|
| [X] Male | [X] White Skin | [X] Black Hair | [X] White Hair | [ ] 14-20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [ ] Female | [ ] Black Skin | [ ] Brown Hair | [ ] Balding | [ ] 21-35 Yrs. | [ ] 5'0"-5'3" | [ ] 100-130 Lbs. |
| | [ ] Yellow Skin | [ ] Blonde Hair | [ ] Mustache | [ ] 36-50 Yrs. | [X] 5'4"-5'8" | [X] 131-160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] Beard | [ ] 51-65 Yrs. | [ ] 5'9"-6'0" | [ ] 161-200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Glasses | [X] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** [ ] The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** [X] I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to ~~before me on~~ Subscribed and Sworn to before me on the 13th day of November, 2007 by the affiant who is personally known to me.

_Marshall A. Bishop_
PRINT NAME BENEATH SIGNATURE
Marshall A. Bishop
License No. 0785

_Michael Kargenian_
NOTARY PUBLIC

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

NOTARY PUBLIC-STATE OF FLORIDA
Michael Kargenian
Commission #DD362913
Expires OCT. 26, 2008
Bonded Thru Atlantic Bonding Co., Inc.

## UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

SOFIA ZELDIN & BORIS ZELDIN,

                         Plaintiffs,

    - against -

DAISUKE NONAKA, M.D., DAVID ROTH, M.D. Ph.D, MAX M. COHEN, M.D., XINMIN ZHANG, M.D., and NYU MEDICAL CENTER,

                         Defendant.

---------------------------------------------------------------X

**SUMMONS IN A CIVIL ACTION**

Case No.:

**07 CIV 9608**

**JUDGE BAER**

To:      Max M. Cohen, M.D.
           NYU Medical Center
           550 First Avenue
           New York, NY 10016

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFFS' ATTORNEY

           Noah Kushlefsky, Esq.
           KREINDLER & KREINDLER LLP
           100 Park Avenue
           New York, NY 10017

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

CLERK

_(signature)_
BY DEPUTY CLERK

OCT 2 9 2007

DATE