B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC. PUBLISHER, NYC 10013

COURT  UNITED STATES DISTRICT COURT
COUNTY OF      SOUTHERN DISTRICT OF NEW YORK

SOFIA ZELDIN & BORIS ZELDIN,

Plaintiff(s)

against

DAISUKE NONAKA, M.D. ET AL.,

Defendant(s)

Index No. 07 CIV 9608

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

IN A CIVIL ACTION, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR.

STATE OF NEW YORK, COUNTY OF NEW YORK  SS:  The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at BROOKLYN, NEW YORK

That on 11/7/07 at 12:37 P.M., at 560 1ST AVENUE, NEW YORK, NEW YORK deponent served the within summons, *and complaint on* IN A CIVIL ACTION, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR.   DAVID ROTH, M.D. PH.D   defendant therein named,

**INDIVIDUAL**
1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☐ a _____ corporation, by delivering thereat a true copy *of each* to _____ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON**
3. ☒ by delivering thereat a true copy *of each* to JENNIFER FARIA (CO-WORKER) a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILED ON: 11/9/07 AT 10:00 A.M.
C/O NYU MEDICAL CENTER

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at 560 1ST AVE, NEW YORK, NEW YORK 10016 in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
11/9/07

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

PRINT NAME BENEATH SIGNATURE

JEROME E. GOLDMAN
License No. 1239192

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

## UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

SOFIA ZELDIN & BORIS ZELDIN,

                      Plaintiffs,

- against -

DAISUKE NONAKA, M.D., DAVID ROTH, M.D.
Ph.D, MAX M. COHEN, M.D., XINMIN ZHANG,
M.D., and NYU MEDICAL CENTER,

                      Defendant.
------------------------------------------------------------X

**SUMMONS IN A CIVIL ACTION**

Case No.:

07 CIV 9608

JUDGE BAER

To:    David Roth, M.D., Ph.D
        Skirball Institute for Biomolecular Medicine
        540 First Avenue
        New York, NY 10016

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFFS' ATTORNEY

        Noah Kushlefsky, Esq.
        KREINDLER & KREINDLER LLP
        100 Park Avenue
        New York, NY 10017

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON                          OCT 2 9 2007

CLERK _/s/ Quintero_                                    DATE

BY DEPUTY CLERK