# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                          ss.:
COUNTY OF NASSAU    )

Jaime MacKay, being duly sworn, deposes and says:

1. That deponent is not a party to the action, is over 18 years of age and resides at Suffolk County, New York.

2. That on the 5 day of May, 2008, deponent served the within

**DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFF'S
FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

upon: ~~KREINDLER & KREINDLER, LLP~~
Attorneys for Plaintiffs
100 Park Avenue
New York, New York 10017
Tel.: (212) 687-8181

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Jaime MacKay

Sworn to before me this
5 day of May, 2008

_____
Notary Public

MARYANN TAGLIAGAMBE
NOTARY PUBLIC, State of New York
No. 01TA6091197
Qualified in Nassau County
Commission Expires 04/28/2011